PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DEL WEBB COMMUNITIES, INC., an Arizona corporation; DEL WEBB HOME CONSTRUCTION, INC., an Arizona corporation; PULTE HOME CORPORATION, a Michigan corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ARCH INSURANCE COMPANY, a Missouri corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. SACV13-01767 JVS (RNBx) <br><br> **The Hon. James V. Selna** <br><br> **ORDER GRANTING THE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ACE AMERICAN INSURANCE COMPANY** <br><br> Trial Date:    July 14, 2015 |

PROPOSED ORDER GRANTING MOTION TO _____

The Stipulation for Dismissal with Prejudice by and between Plaintiffs Del Webb Communities, Inc., Del Webb Home Construction, Inc., and Pulte Home Corporation (collectively, "Plaintiffs") and Defendant Ace American Insurance Company ("Ace") is HEREBY APPROVED.

IT IS ORDERED that all claims for relief and all causes of action asserted against ACE in the Complaint filed by Plaintiffs in the above-captioned action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

Dated: June 25, 2015

                            Hon. James V. Selna
                            Judge, United States District Court

Respectfully submitted by:
Scott S. Thomas, Bar No. 106720
sst@paynefears.com
Nathan A. Cazier, Bar No. 241744
nac@paynefears.com
Jared De Jong, Bar No. 260921
jdj@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for DEL WEBB COMMUNITIES, INC., DEL WEBB HOME CONSTRUCTION, INC., and PULTE HOME CORPORATION

4812-9953-8981.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PROPOSED ORDER GRANTING MOTION TO _____