| | |
|---|---|
| 1 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Frank Falzetta (SBN 125146) |
| 2 | ffalzetta@smm.com<br>Brenda A. Bissett (SBN 116642) |
| 3 | bbissett@smrh.com<br>James F. McShane (SBN 123178) |
| 4 | jmcshane@smrh.com<br>333 South Hope Street, 43rd Floor |
| 5 | Los Angeles, California 90071-1422<br>Telephone: 213-620-1780 |
| 6 | Facsimile: 213-620-1398 |
| 7 | **DUANE MORRIS LLP**<br>Dominica C. Anderson (SBN 124267) |
| 8 | dcanderson@duanemorris.com<br>Christopher B. Yeh (SBN 262991) |
| 9 | cbyeh@duanemorris.com<br>One Market Plaza |
| 10 | Spear Tower, Suite 2200<br>San Francisco, CA 94105-1127 |
| 11 | Telephone: +1 415-957-3000<br>Facsimile: +1 415-957-3001 |
| 12 | |
| 13 | Attorneys for LIBERTY MUTUAL FIRE INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DEL WEBB COMMUNITIES, INC., an Arizona corporation; DEL WEBB HOME CONSTRUCTION, INC., an Arizona corporation; PULTE HOME CORPORATION, a Michigan corporation,<br><br>         Plaintiffs,<br><br>   v.<br><br>ARCH INSURANCE COMPANY, a Missouri corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No. 8:13cv-01767-JVS (KESx)<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND LIBERTY MUTUAL**<br><br>**JOINT REQUEST TO VACATE HEARINGS**<br><br>Complaint Filed:   November 7, 2013<br>Trial Date:           May 10, 2016 |

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs Del Webb Communities, Inc., Del Webb Home Construction, Inc., and Pulte Home Corporation (collectively, "Del Webb") on one hand, and Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") on the other hand, have reached a settlement between them, and have executed a written settlement agreement. This settlement is between Liberty Mutual and Del Webb only, and has no effect on Del Webb's rights, including its appellate rights, against National Union or any other party in this lawsuit. Del Webb and Liberty Mutual anticipate that the settlement agreement will be finalized within seven (7) days, and that a stipulation for dismissal of Del Webb's claims against Liberty Mutual, with prejudice, will follow thereafter.

The parties jointly request that the Court vacate all trial and hearing dates and related deadlines, including without limitation the dates set forth in the Court's October 30, 2015 Order (Doc. 147).

Dated: November 16, 2015      **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:      */s/ James F. McShane*
Frank Falzetta
Brenda A. Bissett
James F. McShane
Attorneys for LIBERTY MUTUAL FIRE INSURANCE COMPANY

Dated: November 16, 2015      **DUANE MORRIS LLP**

By:      */s/ Christopher B. Yeh*
Dominica C. Anderson
Christopher B. Yeh
Attorneys for LIBERTY MUTUAL FIRE INSURANCE COMPANY

/ / /

1  Dated: November 16, 2015                    **PAYNE & FEARS LLP**

                                               By:  */s/ Scott S. Thomas*
                                                    Scott S. Thomas
                                                    Attorneys for DEL WEBB HOME
                                                    COMMUNITIES, INC., DEL WEB
                                                    HOME CONSTRUCTION, INC. AND
                                                    PULTE HOME CORPORATION.


## ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4.

   I, Christopher B. Yeh, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil L.R. 5-4.3.4., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


                                               By:  */s/ Christopher B. Yeh*
                                                    Christopher B. Yeh
                                                    Attorneys for LIBERTY MUTUAL FIRE
                                                    INSURANCE COMPANY