PAYNE & FEARS LLP
Scott S. Thomas, Bar No. 106720
sst@paynefears.com
Nathan A. Cazier, Bar No. 241744
nac@paynefears.com
Jared De Jong, Bar No. 260921
jdj@paynefears.com
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for DEL WEBB COMMUNITIES, INC., DEL WEBB HOME CONSTRUCTION, INC., AND PULTE HOME CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DEL WEBB COMMUNITIES, INC., an Arizona corporation; DEL WEBB HOME CONSTRUCTION, INC., an Arizona corporation; PULTE HOME CORPORATION, a Michigan corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ARCH INSURANCE COMPANY, a Missouri corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. SACV13-01767 JVS (KESx) <br><br> The Hon. James V. Selna <br><br> **NOTICE OF APPEAL** <br><br> Trial Date: May 10, 2016 |

NOTICE OF APPEAL

1  NOTICE IS HEREBY GIVEN that Plaintiffs Del Webb Communities, Inc.,
2  Del Webb Home Construction, Inc., and Pulte Home Corporation hereby appeal to
3  the United States Court of Appeals for the Ninth Circuit from:

5  **Order:** Order Granting Defendant National Union Fire Insurance Company
6  of Pittsburgh, PA's Motion for Summary Judgment.  (Docket No. 92)

8  Imposed or Filed on February 3, 2015.  Entered on the docket in this action on
9  February 3, 2015 (Docket No. 92).  Copies of the order are attached hereto.

11  **Order**: Order Denying Plaintiffs Del Webb Communities, Inc., Del Webb
12  Home Construction, Inc., and Pulte Home Corporation's Motion for
13  Reconsideration of the Court's February 3, 2015 Order. (Docket No. 104).

15  Imposed or Filed on May 29, 2015.  Entered on the docket in this action on
16  May 29, 2015. (Docket No. 104).    Copies of the order are attached hereto.

18  In addition, this case became final as to all parties and claims (and therefore
19  appealable) on November 30, 2015, when the Court granted the Parties' Joint
20  Stipulation to Dismiss all claims for relief and all causes of action against Defendant
21  Liberty Mutual Fire Insurance Company with prejudice.  (Docket No. 155.)

22  DATED: December 23, 2015  PAYNE & FEARS LLP

By:  */s/ Nathan A. Cazier*
       NATHAN A. CAZIER

Attorneys for DEL WEBB COMMUNITIES, INC., DEL WEBB HOME CONSTRUCTION, INC., AND PULTE HOME CORPORATION

-1-
NOTICE OF APPEAL