UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEL WEBB COMMUNITIES INC., an Arizona corporation; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ARCH INSURANCE COMPANY, a Missouri corporation; et al., <br><br> Defendants, <br><br> and <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a Pennsylvania Corporation, <br><br> Defendant-Appellee. | No.   15-56968 <br><br> D.C. No. 8:13-cv-01767-JVS-KES Central District of California, Santa Ana <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 62), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Claudia L. Bernard
Chief Circuit Mediator

CLB/Mediation